UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 10 2013
WILLIAM W. BLEVINS
CLERK

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010                              MDL No. 2179

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −76)**

On August 10, 2010, the Panel transferred 44 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 731 F.Supp.2d 1352 (J.P.M.L. 2010). Since that time, 359 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Carl J Barbier.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Barbier.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Carl J Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 10, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010        MDL No. 2179

### SCHEDULE CTO-76 − TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|

**ALABAMA MIDDLE**

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| ALM | 1 | 13−00273 | Henry County, Alabama v. BP Exploration &Production, Inc. et al | 13-2877 |
| ALM | 1 | 13−00274 | Dale County, Alabama v. BP Exploration &Production, Inc. et al | 13-2880 |
| ALM | 2 | 13−00268 | City of Greenville, Alabama v. BP Exploration &Production, Inc. et al | 13-2883 |
| ALM | 2 | 13−00269 | Covington County Board of Education, Alabama v. BP Exploration &Production, Inc., et al | 13-2886 |
| ALM | 2 | 13−00270 | City of Troy Board of Education, Alabama v. BP Exploration &Production, Inc., et al | 13-2891 |

**FLORIDA MIDDLE**

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| FLM | 3 | 13−00422 | JAVA, LLC v. BP Exploration &Production, Inc. et al | 13-2894 |
| FLM | 5 | 13−00195 | MLD 2, LLC v. BP Exploration &Production, Inc. et al | 13-2897 |
| FLM | 6 | 13−00644 | K &C Oyster Bar, Inc. v. BP Exploration &Production, Inc. et al | 13-2900 |
| FLM | 6 | 13−00659 | School Board of Volusia County v. BP Exploration &Production, Inc. et al | 13-2902 |
| FLM | 8 | 13−01047 | Rainier et al v. BP Exploration &Production et al | 13-2905 |
| FLM | 8 | 13−01054 | Sun Village, LLC v. BP Exploration &Production, Inc. et al | 13-2907 |
| FLM | 8 | 13−01055 | Fisherman's Cove Resort, LLC v. BP Exploration &Production, Inc. et al | 13-2910 |
| ~~FLM~~ | ~~8~~ | ~~13−01056~~ | ~~Tampa Sports Authority v. BP Exploration &Production, Inc. et al~~ Opposed 5/7/2013 | |
| ~~FLM~~ | ~~8~~ | ~~13−01057~~ | ~~Tampa Bay Water v. BP Exploration &Production, Inc. et al~~ Opposed 5/7/2013 | |
| FLM | 8 | 13−01059 | GCF Ventures, LLC et al v. BP Exploration &Production, Inc. et al | 13-2913 |
| FLM | 8 | 13−01062 | Hillsborough County Board of County Commissioners v. BP Exploration &Production Inc. et al | 13-2916 |
| FLM | 8 | 13−01063 | Uniworld Management Services, Inc. v. BP Exploration &Production, Inc. et al | 13-2918 |

| | | | | |
|---|---|---|---|---|
| FLM | 8 | 13−01065 | Pinellas County, Florida v. BP Exploration &Production, Inc. et al | 13-2921 |
| FLM | 8 | 13−01066 | SAS Equity REIT−Wyndham Orange Beach, LLC v. BP Exploration &Production, Inc. et al | 13-2924 |
| FLM | 8 | 13−01067 | Launa L. Lishamer, P.A. v. BP Exploration &Production, Inc. et al | 13-2927 |
| FLM | 8 | 13−01068 | Hudson Holding Company, LLC v. BP Exploration &Production, Inc. et al | 13-2929 |
| FLM | 8 | 13−01069 | Gengiz Khan Restaurant, Inc. v. BP Exploration &Production, Inc. et al | 13-2932 |
| ~~FLM~~ | ~~8~~ | ~~13−01070~~ | ~~Sunshine Enterprises of Jacksonville, Inc. et al v. BP Exploration &Production Inc. et al~~ Opposed 5/9/2013 | |
| FLM | 8 | 13−01077 | Tropic Breeze MHP, LLC v. BP Exploration &Production, Inc. et al | 13-2935 |
| FLM | 8 | 13−01081 | Pepin Distributing Company v. BP Exploration &Production, Inc. et al | 13-2938 |
| FLM | 8 | 13−01109 | Marina Jack, Inc. v. BP Exploration &Production, Inc. et al | 13-2946 |

### FLORIDA NORTHERN

| | | | | |
|---|---|---|---|---|
| FLN | 3 | 13−00171 | PORT ST JOE FLA LLC et al v. BP EXPLORATION &PRODUCTION INC et al | 13-2948 |
| ~~FLN~~ | ~~3~~ | ~~13−00243~~ | ~~RUSHING et al v. BP EXPLORATION &PRODUCTION INC et al~~ Opposed 5/7/2013 | |
| FLN | 3 | 13−00279 | TU−DO VIETNAMESE RESTAURANT INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2951 |
| FLN | 3 | 13−00281 | NOWAK ENTERPRISES INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2955 |
| FLN | 3 | 13−00282 | NOWAK ENTERPRISES II INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2959 |
| FLN | 3 | 13−00283 | WILLIAM SETLEY v. BP EXPLORATION &PRODUCTION INC et al | 13-2961 |
| FLN | 3 | 13−00284 | THOMAS ABOOD et al v PLANT PERFORMANCE SERVICES LLC et al. | 13-2964 |
| FLN | 5 | 13−00156 | SOUTHERN PINES APARTMENTS LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2967 |
| FLN | 5 | 13−00157 | WHISPERING PINES APARTMENTS LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2970 |
| FLN | 5 | 13−00158 | SUMMIT FOOD SERVICES INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2971 |
| FLN | 5 | 13−00161 | BODY WORKS 24/7 INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2972 |
| FLN | 5 | 13−00163 | PWC OF FLORIDA LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2973 |
| FLN | 5 | 13−00164 | JDF LANDING LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2974 |

### FLORIDA SOUTHERN

| | | | | |
|---|---|---|---|---|
| FLS | 0 | 13−60956 | Caribbean Cruise Line, Inc. v. BP Exploration &Production, Inc. et al | 13-2975 |
| FLS | 0 | 13−60958 | | |

| | | | | |
|---|---|---|---|---|
| FLS | 1 | 13-21425 | CELEBRATION CRUISE OPERATORS, Inc v. BP Exploration &Production, Inc. et al | 13-2976 |
| | | | MIAMI RIVER GROUP INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2977 |
| FLS | 1 | 13-21428 | SHINDLER v. BP EXPLORATION &PRODUCTION INC et al | 13-2978 |
| FLS | 1 | 13-21432 | WENDIUM OF FLORIDA INC v. BP EXPLORATION &PRODUCTION INC et al | 13-2979 |
| FLS | 9 | 13-80402 | ROLY'S AT DUBLIN LLC v. BP EXPLORATION &PRODUCTION INC et al | 13-2980 |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| ~~TXE~~ | ~~1~~ | ~~13-00248~~ | ~~Humble Lodging, LLC et al v. BP America Production Company et al~~   Opposed 5/9/2013 |

TEXAS SOUTHERN

| | | | | |
|---|---|---|---|---|
| TXS | 4 | 13-01143 | Nguyen et al v. BP Exploration &Production, Inc. et al | 13-2981 |